# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129006

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LAMONT CHARLES ETHERIDGE,
     Defendant-Appellant.

SC: 129006
COA: 254866
Oakland CC: 2003-191131-FH

_____/

    On order of the Court, the application for leave to appeal the May 31, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

t1024